SANTA ROSA COUNTY
SHERIFF'S OFFICE
Sheriff Wendell Hall
**GENERAL ORDERS**

**OUTGOING MAIL PROCEDURE**
**STANDARD OPERATING PROCEDURES: 15.48**

| | |
|---|---|
| **Distribution:** | All Detention Members |
| **Effective:** | 8/14/2010 |
| **Rescinds/Amends:** | (03/26/2009) |
| **Standards:** | None |
| **Index:** | Outgoing Mail |
| **Forms** | None |

## POLICY

Establish a uniform procedure for the handling of outgoing mail by the security staff.

## PROCEDURE

I. All outgoing mail, with the exception of legal or privileged mail, will be in the form of a postcard only. Postcards and legal or privileged mail will be collected throughout the day then placed in the Programs Mail Box located in the Corrections Muster room.

II. Every morning, excluding weekends and holidays, the Programs unit personnel or designee will read/scan the postcards. Legal or privileged mail will be verified as to validity and only opened in the presence of the sending inmate.

   a) If mail is found to be in violation of policy it may be returned to the inmate for correction, if applicable, or confiscated and a disciplinary report prepared. Serious violations, such as a letter that contains plans of escape or plans to bodily harm to another must be reported by the Programs staff to the Support Services supervisor immediately.

III. After reading/scanning each postcard and verifying the validity of legal mail,, each postcard and envelope is to be stamped on the back with a stamp that denotes the origin of the correspondence as the Santa Rosa Detention Facility. The scanning/reading employee is to then to write his/her Permanent Identification Number (PID) in the blank provided on the stamp. Indigent "Postcards" will be affixed postage.

IV. Programs personnel, or designee will take the processed outgoing mail to a common deposit box, located within the Sheriff's Office for delivery to the U.S. Post Office.

V. At no time is the mail, or contents thereof, of one inmate to be discussed with another.

VI. Things to remember:

   a) return address must be complete with inmates name and jail address.

   b) no drawing or unnecessary marking is to be on the postcard front or legal mail..

   c) postcards will not go out that are obviously meant for the recipient to send in to another inmate.


APPROVED: Wendell Hall
WENDELL HALL
SHERIFF, SANTA ROSA COUNTY
Striving For Excellence

S. O. P. #: 15.48
Effective: 8/14/2010