IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS REYNOLDS, et al.;

    Plaintiffs,

v.                                                           No. 3:10-cv-355 MCR/EMT

WENDELL HALL,

    Defendant.

_____/

## PLAINTIFFS' (ACLU) ATTORNEY TIME RECORDS

Plaintiffs give notice of filing separately and under seal time records in this matter for time spent through September 2010.  *See* N. D. Fla. Loc. R. 54.1.  The attorney time recorded in this filing totals **51.9** hours; the non-attorney time recorded in this filing totals **0** hours.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed today the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered for this case, including the Defendants' counsel.

Dated: **October 15, 2010**

**RESPECTFULLY SUBMITTED,**

s/ Benjamin James Stevenson

| | |
|---|---|
| **Benjamin James Stevenson** (Fla. Bar. No. 598909) | **Randall C. Marshall** (Fla. Bar No.: 181765) |
| American Civil Liberties Union Found. of Florida | RMarshall@aclufl.org |
| Post Office Box 12723 | **Maria Kayanan** (Fla. Bar No.: 305601) |
| Pensacola, FL  32591-2723 | MKayanan@aclufl.org |
| bstevenson@aclufl.org | American Civil Liberties Union Found. of Florida |
| Tel:  786.363.2738 | 4500 Biscayne Blvd., Suite 340 |
| Fax: 786.363.1985 | Miami, Florida 33137 |
| | Tel:  786.363.2707 |
| | Fax: 786.363.1108 |

*Counsel for Plaintiffs*